C. A. No. 76-329. STATE *v.* RAYMOND DUFFY. Motion of defendant that this court use the brief filed in *State* v. *Gomes,* 117 R.I. 673, 370 A.2d 1273 (1977) in his case, is granted, *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

APPEAL No. 75-237. PETER N. ZAHARAKOS *v.* EUGENIA ZAHARAKOS. Case is assigned to the calendar for Wednesday, March 9, 1977, 9:30 a.m., for oral argument. The parties are directed to appear and show cause why the appeal should not be sustained in light of P.L. 1976, ch. 338, sec. 1 and *Twomey* v. *Carlton House of Prov., Inc.,* 113 R.I. 264, 273, 320 A.2d 98 (1974). *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *John A. Notte III,* for respondent.

APPEAL No. 75-300. MONIQUE CAPWELL *et al.* *v.* TOWN OF COVENTRY *et al.* Motion of defendants to withdraw their appeal is granted. *Frank J. Williams,* for plaintiffs. *Bennett R. Gallo,* Assistant Town Solicitor, for defendants.

APPEAL No. 76-153. POLICE DEPARTMENT OF THE TOWN OF TIVERTON *et al.* *v.* TOWN OF TIVERTON *et al.* Motion of defendants to consolidate this case with the case of *Town of Tiverton* v. *Fraternal Order of Police, Lodge #23,* 117 R.I. 992, 371 A.2d 280 (1977), for oral argument, is granted. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for plaintiffs. *Corcoran, Peckham & Hayes, Kathleen Managhan, Arthur W. Murphy,* for defendants.

APPEAL No. 76-233. FRANK BOROWSKI *et al.* *v.* GELCO I.V.M. LEASING COMPANY *et al.* Motion of defendants that the time within which they file their brief be extended to April 4, 1977 is granted. There shall be no further extensions. *John D. Biafore,* for plaintiffs. *John W. Kershaw,* for defendants.